In the Matter of the Accounting of JOHN C. KING, as Executor of PATRICK EAGAN, Deceased, Respondent.

SARAH EAGAN et al., Appellants.

*Matter of King*, 115 App. Div. 751, affirmed.
(Argued April 30, 1907; decided May 21, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 14, 1906, which affirmed a decree of the Monroe County Surrogate's Court overruling objections to and settling the accounts of the executor of Patrick Eagan, deceased.

*Harlan W. Rippey* for appellants.

*John M. Murphy* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.